```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division
```

| | |
|---|---|
| YEN KIN LY, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         v. | )   1:16cv1447(JCC/IDD) |
| | ) |
| DUNG QUOC TRAN, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Partial Objection [Dkt. 61] is OVERRULED;

(2) The Court adopts the conclusions and findings set forth in Judge Davis' Report & Recommendation [Dkt. 60] IN FULL;

(3) The Clerk of Court shall enter default judgment in favor of Plaintiff Yen Kim Ly and against Defendant Dung Quoc Tran in the amount of $18,000.00;

(4) The Clerk of Court shall enter default judgment in favor of Plaintiff Mai Anh Tran and against Defendant Dung Quoc Tran in the amount of $242,394.18 in compensatory damages and $23,538.62 in interest;

(5) The Clerk of Court shall enter default judgment in favor of Plaintiff Baothu Huynh Nguyen and against Defendant Dung Quoc Tran in the amount of $17,546.20; *and*

(6) The Clerk of Court shall forward this Order to all counsel of record and Defendant, *pro se*.

THIS ORDER IS FINAL.

September 11, 2017  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE